**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| SAM ZAID,<br><br>Plaintiff,<br><br>vs.<br><br>GETAROUND, INC. et al.<br><br>Defendants | CIVIL NO. 25- 1119 (CVR)<br><br>29 L.P.R.A. §185a, 31 L.P.R.A. § 10801 and 10804, and 31 L.P.R.A §9881 and 9882.<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**APPEARS NOW** Plaintiff, through the undersigned attorneys, and hereby requests as follows:

Plaintiff hereby notifies the Honorable Court of its voluntary dismissal, without prejudice, of the present action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an Order dismissing the captioned case, without prejudice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of May 2025.

*Plaintiff's Counsel:*
**INDIANO & WILLIAMS, P.S.C.**
207 Del Parque Street, Third Floor
San Juan, P.R. 00912
Tel. (787) 641-4545; Fax (787) 641-4544
jeffrey.williams@indianowilliams.com

vanesa.vicens@indianowilliams.com

joanne.pimentel@indianowilliams.com

*s/ Jeffrey M. Williams*
**JEFFREY M. WILLIAMS**
USDC PR Bar No. 202414

*s/ Vanesa Vicéns Sánchez*
**VANESA VICÉNS SÁNCHEZ**
USDC PR Bar No. 217807

*s/ Joanne Pimentel de Jesús*
**JOANNE PIMENTEL DE JESÚS**
USDC PR Bar No. 309005