IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAM ZAID,

Plaintiff,

        v.

GETAROUND, INC., et al.,

Defendants.

CIVIL NO. 25-1119 (CVR)

**JUDGMENT**

Pursuant to Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" (Docket No. 4), the Court hereby DISMISSES WITHOUT PREJUDICE this case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 28th day of May 2025.

        S/CAMILLE L. VELEZ-RIVE
        CAMILLE L. VELEZ-RIVE
        UNITED STATES DISTRICT JUDGE